The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADRIANNA KILLAM,

    Plaintiff,

v.

SPBS LLC,

    Defendant.

NO. 2:20-cv-00496-RSL

**JOINT STIPULATION OF DISMISSAL WITHOUT COURT ORDER [FRCP 41 (a)(1)(A)(ii)]**

Plaintiff ADRIANNA KILLAM, and Defendant SPBS LLC, through their undersigned counsel, hereby jointly stipulate that a settlement agreement has been reached and as a result the parties further stipulate to the dismissal of this action, with prejudice, in accordance with Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear their or its own costs.

JOINT STIPULATION OF DISMISSAL WITHOUT COURT ORDER
NO. 2:20-cv-00496-RSL

1

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 ROOSEVELT WAY, NW
SUITE B
SEATTLE, WA 98105
206.428-3172

DATED: September 30, 2020

WASHINGTON CIVIL & DISABILITY ADVOCATE
*Attorneys for Plaintiff*

/s/ *Conrad Reynoldson*
Conrad Reynoldson, WSBA #48187
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 876-8515
conrad@wacda.com

/s/ *Christina Dunbar*
Christina Dunbar, WSBA #50121
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3172
christina@wacda.com

DATED: September 30, 2020

*Attorneys for Defendant*

/s/ *Lars Neste*
Lars Neste, WSBA #28781
5224 Wilson Ave South, Suite 200
Seattle, WA 98118
(206) 203-6000
lneste@demcolaw.com

/s/ *Chris MacMillan*
Chris MacMillan, WSBA #50094
5224 Wilson Ave South, Suite 200
Seattle, WA 98118
(206) 203-6000
cmacmillan@demcolaw.com

JOINT STIPULATION OF DISMISSAL WITHOUT COURT ORDER
NO. 2:20-cv-00496-RSL

2

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 ROOSEVELT WAY, NW
SUITE B
SEATTLE, WA 98105
206.428-3172

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington and the United States that on September 30, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel of record for Defendant.

DATED this 30th day of September, 2020.

*s/ Christina Dunbar*
Christina Dunbar
Attorney for Plaintiff

JOINT STIPULATION OF DISMISSAL WITHOUT COURT ORDER
NO. 2:20-cv-00496-RSL

3

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 ROOSEVELT WAY, NW
SUITE B
SEATTLE, WA 98105
206.428-3172